**OFFICE OF THE CIRCUIT MEDIATOR**
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

<table>
<tr><td><b>THOMAS F. BALL III</b><br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA</td><td><b>DONNA S. HART</b><br><b>SENIOR RESIDENT CIRCUIT MEDIATOR</b><br>c/o U. S. P. O., 2330 Broad Street<br>DURHAM, NC 27704-3004<br>(919) 245-1390<br>FAX (919) 245-1395<br>Donna_Hart@ca4.uscourts.gov</td><td><b>FRANK C. LANEY</b><br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA<br><br><b>EDWARD G. SMITH</b><br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA</td></tr>
</table>

November 10, 2014

Re: 14-2170, Greenville Hospital System v. Employee Welfare Benefit Plan

**NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for **December 3, 2014, at 2:00 p.m.** EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Donna S. Hart
Senior Resident Circuit Mediator

Copies:   Deborah Whittle Durban
          Linda C. Garrett